# ELECTRONIC RECORD

COA # 02-13-00490-CR                  OFFENSE:  19.02

STYLE:  Mark Branigan v. The State of Texas                  COUNTY:  Tarrant

COA DISPOSITION:  AFFIRM                  TRIAL COURT:  432nd District Court

DATE: 06/04/2015                  Publish: NO   TC CASE #:  1292313D

## IN THE COURT OF CRIMINAL APPEALS

STYLE:  Mark Branigan v. The State of Texas                  CCA #:  **785-15**

_____PRO SE_____ Petition                  CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:                  DATE: _____

_____REFUSED_____                  JUDGE: _____

DATE: 11/18/2015                  SIGNED: _____ PC: _____

JUDGE: _____                  PUBLISH: _____ DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____